Laurence M. Rosen (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAHR LEBBIE, derivatively on behalf of LUCID GROUP, INC. f/k/a CHURCHILL CAPITAL CORPORATION IV, <br><br> Plaintiff, <br><br> v. <br><br> PETER RAWLINSON, GLENN AUGUST, ANDREW LIVERIS, and TONY POSAWATZ, <br><br> Defendants, <br><br> and <br><br> LUCID GROUP, INC. f/k/a CHURCHILL CAPITAL CORPORATION IV, <br><br> Nominal Defendant. | Case No.: 4:22-cv-00531-YGR <br><br><br> **STIPULATION AND [PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS, AND APPOINTING LEAD COUNSEL** |

*Captions Continue On Next Page*

1

STIPULATION AND [PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS, AND APPOINTING LEAD COUNSEL – CASE NOS. 4:22-CV-00531-YGR & 4:22-CV-01115-YGR

| | |
|---|---|
| ZSATA WILLIAMS-SPINKS, Derivatively on Behalf of LUCID GROUP, INC. (F/K/A CHURCHILL CAPITAL CORP IV),<br><br>Plaintiff,<br><br>v.<br><br>PETER RAWLINSON, GLENN AUGUST, ANDREW LIVERIS, and TONY POSAWATZ,<br><br>Defendants,<br><br>-and-<br><br>LUCID GROUP, INC. (F/K/A CHURCHILL CAPITAL CORP IV,<br><br>Nominal Defendant. | Case No.: 4:22-cv-01115_YGR |

WHEREAS on January 26, 2022, Plaintiff Sahr Lebbie filed a shareholder derivative action on behalf of nominal defendant Lucid Group, Inc. ( f/k/a Churchill Capital Corp IV, ("Lucid Group" or the "Company") in this Court, captioned *Lebbie v. Rawlinson et al.*, Case No. 4:22-cv-00531 (the "*Lebbie* Action"), which asserts claims against Defendant Glenn August ("August"), for alleged breaches of his fiduciary duties as a director of the Company, abuse of control, gross mismanagement, and waste of corporate assets; against Defendants Peter Rawlinson ("Rawlinson"), Andrew Liveris ("Liveris"), and Tony Posawatz ("Posawatz") (collectively, the "Atieva Defendants," and together with August, the "Individual Defendants," and the Individual Defendants together with Lucid Group, the "Defendants") for allegedly aiding and abetting August's alleged breaches of his fiduciary duties as a director of the Company; against the Individual Defendants for alleged unjust enrichment; and against Defendant Rawlinson for contribution under Sections 10(b) and 21D of the Securities Exchange Act of 1934 (the "Exchange Act");

1

WHEREAS on February 23, 202, Plaintiff Zsata Williams-Spinks (together with Plaintiff Sahr Lebbie, "Plaintiffs") filed a shareholder derivative action in this Court, captioned *Williams-Spinks v. Rawlinson et al.,* Case No. 4:22-cv-01115 (the "*Williams-Spinks* Action") (and, together with the *Lebbie* Action, the "Related Derivative Actions"), asserting claims against the Individual Defendants for alleged breaches of fiduciary duties, abuse of control, gross mismanagement, and unjust enrichment; against the Atieva Defendants for allegedly aiding and abetting Defendant August's alleged breaches of his fiduciary duties as a director of the Company; and against Defendant Rawlinson for contribution under Sections 10(b) and 21D of the Exchange Act;

WHEREAS a putative class action asserting claims under Sections 10(b) and 20(a) of the Exchange Act and Rule 10b-5 promulgated thereunder against Atieva, Inc. ("Atieva") and Defendant Rawlinson, captioned *In re CCIV / Lucid Motors Sec. Litig.*, No. 4:21-cv-09323-YGR (the "Securities Class Action") is pending in the Northern District of California before the Hon. Yvonne Gonzalez Rogers;

WHEREAS on March 2 and March 18, 2022, the Court determined that each of the *Lebbie* Action and the *Williams-Spinks* Action, respectively, is related to the Securities Class Action, and both of the Related Derivative Actions have since been reassigned to Judge Gonzalez Rogers;

WHEREAS under Fed. R. Civ. P. 42(a), when actions involve "a common question of law or fact," the Court may "(1) join for hearing or trial any or all matters at issue in the actions; (2) consolidate the actions; or (3) issue any other orders to avoid unnecessary cost or delay";

WHEREAS the Related Derivative Actions challenge substantially the same alleged conduct by substantially the same directors and executive officers of Lucid Group and/or Atieva, and involve substantially the same questions of law and fact;

WHEREAS Plaintiffs and Defendants (collectively, the "Parties"), therefore, respectfully submit that consolidation of the Related Derivative Actions is appropriate;

2

STIPULATION AND [PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS, AND APPOINTING LEAD COUNSEL – CASE NOS. 4:22-CV-00531-YGR & 4:22-CV-01115-YGR

WHEREAS to avoid potentially duplicative actions and to prevent any waste of the Court's and the Parties' resources, the Parties agree that the Related Derivative Actions should be consolidated for all purposes, including pre-trial proceedings and any trial, into a single consolidated action;

WHEREAS in order to realize the efficiencies made possible by consolidation of the Related Derivative Actions, Plaintiffs agree that The Brown Law Firm, P.C. and Gainey McKenna & Egleston, the respective resumes of which are attached hereto as Exhibits A and B, shall be designated as Co-Lead Counsel representing Plaintiffs in the consolidated action; and

WHEREAS, Defendants take no position of the appointment of Co-Lead Counsel;

WHEREFORE, the Parties, through their undersigned counsel, hereby agree, stipulate, and respectfully request that the Court enter an Order as follows:

1. The Individual Defendants waive service in the *Williams-Spinks* Action; provided, however, that waiver of service and entry into this stipulation shall not waive or prejudice any—and the Individual Defendants expressly preserve all—rights, claims, and defenses, including, but not limited to all defenses relating to jurisdiction and venue, except a defense as to the sufficiency of service of the summons and Complaint and the form of the summons.

2. The following actions are hereby consolidated for all purposes, including pre-trial proceedings and any trial, under Lead Case No. 4:22-cv-00531 (hereinafter, the "Consolidated Derivative Action"), pursuant to Federal Rule of Civil Procedure 42(a):

| **Case Name** | **Case Number** | **Date Filed** |
|---|---|---|
| *Lebbie v. Rawlinson et al.*, | 4:22-cv-00531 | January, 26, 2022 |
| *Williams-Spinks v. Rawlinson et al.*, | 4:22-cv-01115 | February 23, 2022 |

3

STIPULATION AND [PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS, AND APPOINTING LEAD COUNSEL – CASE NOS. 4:22-CV-00531-YGR & 4:22-CV-01115-YGR

3. Every pleading filed in the Consolidated Derivative Action, or in any separate action included herein, must bear the following caption:

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE LUCID GROUP, INC. (F/K/A CHURCHILL CAPITAL CORP IV) DERIVATIVE LITIGATION | Lead Case No. 4:22-cv-00531-YGR |

4. All papers filed in connection with the Consolidated Derivative Action will be maintained in one file under Lead Case No. 4:22-cv-00531-YGR.

5. Co-Lead Counsel for Plaintiffs for the conduct of the Consolidated Derivative Action shall be:

**THE BROWN LAW FIRM, P.C.**
Timothy Brown
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
Email: tbrown@thebrownlawfirm.net

**GAINEY McKENNA & EGLESTON**
Thomas J. McKenna
Gregory M. Egleston
501 Fifth Avenue, 19th Floor
New York, NY 10017
Telephone: (212) 983-1300
Facsimile: (212) 983-0383
Email: tjmckenna@gme-law.com
Email: egleston@gme-law.com

6. Co-Lead Counsel shall have the sole authority to speak for Plaintiffs in all matters in the Consolidated Derivative Action regarding pre-trial procedure, trial, and settlement negotiations and shall make all work assignments in such manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort.

7. Co-Lead Counsel shall be responsible for coordinating all activities and appearances on behalf of Plaintiffs in the Consolidated Derivative Action. No motion, request for discovery, or other

pre-trial or trial proceedings will be initiated or filed by any Plaintiffs in the Consolidated Derivative Action except through Co-Lead Counsel.

8. Defendants' counsel may rely upon all agreements made with Co-Lead Counsel, or other duly authorized representative of Co-Lead Counsel, and such agreements shall be binding on all Plaintiffs in the Consolidated Derivative Action.

9. This Order shall apply to each derivative case arising out of the same, or substantially the same, transactions or events as alleged in the Consolidated Derivative Action, that is subsequently filed in, removed to, reassigned to, or transferred to this Court. When a derivative case that properly belongs as part of *In re Lucid Group, Inc. (f/k/a Churchill Capital Corp IV) Derivative Litigation*, Lead Case No. 4:22-cv-00531-YGR, is hereafter filed in this Court, removed to this Court, reassigned to this Court, or transferred here from another court, this Court requests the assistance of counsel to the Parties in calling to the attention of the Clerk of the Court the filing, reassignment, or transfer of any derivative case that might properly be consolidated as part of *In re Lucid Group, Inc. (f/k/a Churchill Capital Corp IV) Derivative Litigation*, Lead Case No. 4:22-cv-00531-YGR, and counsel to the Parties are to assist in assuring that counsel in any such subsequent case receive notice of this Order.

10. The Parties shall submit a proposed schedule to the Court within sixty (60) days of entry of this Order.

11. Defendants are not required to answer or otherwise respond to the respective complaints filed in the Related Derivative Actions or any complaint filed in the Consolidated Derivative Action until the deadline set forth in the Court's order on the Parties' proposed schedule.

12. This Stipulation is without prejudice to any and all defenses Defendants may assert in the Related Derivative Actions or in the Consolidated Derivative Action and without prejudice to any and all claims Plaintiffs may assert in the Related Derivative Actions or in the Consolidated Derivative Action.

Dated: March 28, 2022

Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

By: */s/Laurence M. Rosen*
       Laurence M. Rosen (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

**THE BROWN LAW FIRM, P.C.**
Timothy Brown
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
Email: tbrown@thebrownlawfirm.net

*Counsel for Plaintiff Lebbie*

**MAGNANIMO DEAN LAW, APC**

By: */s/ Lauren Dean*
       Lauren Dean, Esq.
5850 Canoga Avenue, Suite 400
Woodland Hills, CA 91367
Tel: (818) 305-3450
Email: lauren@magdeanlaw.com

Thomas J. McKenna
Gregory M. Egleston
**GAINEY McKENNA & EGESTON**
501 Fifth Avenue, 19th Floor
New York, NY 10017
Phone: (212) 983-1300
Fax: (212) 983-0383
Email: tjmckenna@gme-law.com
Email: gegleston@gme-aw.com

*Counsel for Plaintiff William-Spinks*

6

STIPULATION AND [PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS, AND APPOINTING LEAD COUNSEL – CASE NOS. 4:22-CV-00531-YGR & 4:22-CV-01115-YGR

| | |
|---|---|
| 1 | **DAVIS POLK & WARDWELL LLP** |
| 2 | By: */s/ Neal A. Potischman* |
| | Neal A. Potischman (SBN 254862) |
| 3 | 1600 El Camino Real |
| | Menlo Park, California 94025 |
| 4 | Telephone: (650) 752-2000 |
| | Facsimile: (650) 752-2111 |
| 5 | Email: neal.potischman@davispolk.com |
| 6 | Brian M. Burnovski |
| | Daniel J. Schwartz |
| 7 | Chui-Lai Cheung |
| | DAVIS POLK & WARDWELL LLP |
| 8 | 450 Lexington Avenue |
| | New York, New York 10017 |
| 9 | Telephone: (212) 450-4000 |
| | Facsimile: (212) 701-5800 |
| 10 | Email: brian.burnovski@davispolk.com |
| | daniel.schwartz@davispolk.com |
| 11 | chui-lai.cheung@davispolk.com |
| 12 | *Counsel for Defendants Peter Rawlinson, Glenn August, Andrew Liveris, Tony Posawatz, and Nominal Defendant Lucid Group, Inc. (f/k/a Churchill Capital Corp IV)* |

***

## ORDER

Based on the stipulation of the signed parties, and good cause appearing, IT IS HEREBY ORDERED that the Stipulation is approved.   Case No. 4:22-cv-1115-YGR is hereby ADMINISTRATIVELY CLOSED.

It is so ORDERED.

DATED: April 29, 2022

THE HONORABLE YVONNE
GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

7

STIPULATION AND [PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS, AND APPOINTING LEAD COUNSEL – CASE NOS. 4:22-CV-00531-YGR & 4:22-CV-01115-YGR