Neal A. Potischman (SBN 254862)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile: (650) 752-2111
Email: neal.potischman@davispolk.com

Brian M. Burnovski
Daniel J. Schwartz
Chui-Lai Cheung
  (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email: brian.burnovski@davispolk.com
       daniel.schwartz@davispolk.com
       chui-lai.cheung@davispolk.com

*Attorneys for Defendants Peter Rawlinson, Glenn August, Andrew Liveris, Tony Posawatz, and Nominal Defendant Lucid Group, Inc. (f/k/a Churchill Capital Corp IV)*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE LUCID GROUP, INC. (F/K/A CHURCHILL CAPITAL CORP IV) DERIVATIVE LITIGATION | Lead Case No. 4:22-cv-00531-YGR<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING STAY** |

Pursuant to Civil L.R. 7-12, Defendants Lucid Group, Inc. ("Lucid Group") (f/k/a Churchill Capital Corp IV ("CCIV")) and Peter Rawlinson, Glenn August, Andrew Liveris, and Tony Posawatz (collectively, the "Individual Defendants" and, together with Lucid Group, "Defendants") and Plaintiff Sahr Lebbie and Plaintiff Zsata Williams-Spinks (together with Plaintiff Sahr Lebbie, "Plaintiffs," and together with Defendants, the "Parties") respectfully submit the following Stipulation and [Proposed] Order Extending Stay (the "Stipulation"):

## STIPULATION

WHEREAS, on May 25, 2022, the Court entered an order approving the parties' stipulation to stay the above captioned action (the "Action"), [Dkt. No. 43] (the "Stay Order");

WHEREAS, paragraph 1 of the Stay Order provided that the Action shall be stayed until the earliest of (a) 14 days after the resolution of the motion to dismiss in the action captioned, *In re CCIV / Lucid Motors Securities Litigation*, No. 4:21-cv-09323-YGR (N.D. Cal.) (the "Class Action"); (b) termination by a Party of the stay pursuant to the terms set forth in paragraph (2) of the Stay Order; and (c) 14 days after entry of an order of this Court lifting the stay ordered hereunder (each a "Termination Date").

WHEREAS, the Stay Order also provided that on or before the Termination Date, the Parties shall submit to the Court a proposed schedule for the filing of any Amended Complaint and the briefing of any motion to dismiss the Amended Complaint or operative Complaint, as applicable.

WHEREAS, the Court entered an order dismissing the Revised Amended Complaint in the Class Action on January 11, 2023 [Class Action Dkt. No. 151] and granted Class Action plaintiffs until January 30, 2023 to move for leave to further amend the Revised Amended Complaint (the "Class Action Order");

WHEREAS, the Parties agree that it would be advisable and efficient to extend the stay in this Action pending further developments in the Class Action that may be relevant to this Action and may help inform the manner in which this Action proceeds; and

WHEREAS, the Parties agree that the interests of efficient and effective case management and the conservation of judicial and litigant resources would be served by temporarily extending the

stay in the Action, pursuant to paragraph 7 of the Stay Order, and subject to the terms and conditions set forth herein.

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the Parties and subject to the approval of the Court, as follows:

(1)     The "Termination Date" as defined in paragraph 1(a) of the Stay Order shall be extended until the last of the following events: (a) in the event that the Class Action plaintiffs move for leave to further amend their Revised Amended Complaint, then the later of (i) any denial of the motion to amend or (ii) if the motion is granted, resolution of any renewed or additional motion to dismiss filed by the Class Action defendants; or (b) in the event that the Class Action plaintiffs do not move for leave to amend, then the later of (i) resolution of any appeal of the Class Action Order or (ii) expiration of the time in which to appeal the Class Action Order.

(2) All other provisions of the Stay Order shall remain in effect.

STIPULATION AND [PROPOSED] ORDER EXTENDING STAY
LEAD CASE NO. 4:22-CV-00531-YGR

1

Dated:   January 25, 2022

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DAVIS POLK & WARDWELL LLP**

By:   */s/ Neal A. Potischman*

Neal A. Potischman (SBN 254862)
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile: (650) 752-2111
Email: neal.potischman@davispolk.com

Brian M. Burnovski
Daniel J. Schwartz
Chui-Lai Cheung
  (admitted *pro hac vice*)
**DAVIS POLK & WARDWELL LLP**
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email: brian.burnovski@davispolk.com
        daniel.schwartz@davispolk.com
        chui-lai.cheung@davispolk.com

*Attorneys for Defendants Peter Rawlinson,
Glenn August, Andrew Liveris, Tony Posawatz,
and Nominal Defendant Lucid Group, Inc.
(f/k/a Churchill Capital Corp IV)*

Dated:   January 25, 2023

**THE ROSEN LAW FIRM, P.A.**

By:   */s/ Laurence M. Rosen*

Laurence M. Rosen (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, California 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Attorney for Plaintiff Lebbie*

**THE BROWN LAW FIRM, P.C.**
Timothy Brown
767 Third Avenue, Suite 2501
New York, New York 10017
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
Email: tbrown@thebrownlawfirm.com

3

STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING STAY
LEAD CASE NO. 4:22-CV-00531-YGR

**GAINEY McKENNA & EGLESTON**
Thomas J. McKenna
Gregory M. Egleston
501 Fifth Avenue, 19th Floor
New York, New York 10017
Telephone: (212) 983-1300
Facsimile: (212) 983-0383
Email: tjmckenna@gme-law.com
        gegleston@gme-law.com

*Co-Lead Attorneys for Plaintiffs*

**MAGNANIMO DEAN LAW, APC**
Lauren Dean
5850 Canoga Avenue, Suite 400
Woodland Hills, California 91367
Telephone: (818) 305-3450
Email: lauren@magdeanlaw.com

*Attorney  for Plaintiff William-Spinks*

4

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **FILER'S ATTESTATION**

Pursuant to Local Rule 5-1(h)(3), I, Neal A. Potischman, attest that concurrence in filing this document has been obtained from the other signatories.

Dated:    January 25, 2023

/s/ Neal A. Potischman

Neal A. Potischman

## [~~PROPOSED~~] ORDER

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: January 27, 2023

HONORABLE YVONNE GONZALEZ ROGERS
U.S. DISTRICT JUDGE

5