**MAGNANIMO DEAN LAW, APC**
Lauren A. Dean
5850 Canoga Avenue, Suite 400
Woodland Hills, CA 91367
Telephone: (818) 305-3450
Facsimile: (818) 305-3451
Email: lauren@magdeanlaw.com

*Attorney for Plaintiff William-Spinks*

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE LUCID GROUP, INC. (F/K/A CHURCHILL CAPITAL CORP IV) DERIVATIVE LITIGATION | Lead Case No. 4:22-cv-00531-YGR<br><br>**STIPULATION OF DISMISSAL** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Sahr Lebbie and Plaintiff Zsata Williams-Spinks (together, "Plaintiffs") and Defendants Peter Rawlinson, Glenn August, Andrew Liveris, and Tony Posawatz (collectively, the "Individual Defendants") and Nominal Defendant Lucid Group, Inc. (f/k/a Churchill Capital Corp IV) ("Lucid Group") (together with the Individual Defendants, "Defendants") stipulate and agree that this action, including all claims against Defendants, is hereby dismissed without prejudice, and with each party agreeing to bear its own attorneys' fees and costs.

Dated: January 9, 2025

**MAGNANIMO DEAN LAW, APC**

By: */s/ Lauren A. Dean*
Lauren A. Dean
5850 Canoga Avenue, Suite 400
Woodland Hills, California 91367
Telephone: (818) 305-3450
Email: lauren@magdeanlaw.com

*Attorney for Plaintiff William-Spinks*

**THE BROWN LAW FIRM, P.C.**
Timothy Brown
767 Third Avenue, Suite 2501
New York, New York 10017
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
Email: tbrown@thebrownlawfirm.com

**GAINEY McKENNA & EGLESTON**
Thomas J. McKenna
Gregory M. Egleston
260 Madison Avenue, 22nd Floor
New York, New York 10016
Telephone: (212) 983-1300
Facsimile: (212) 983-0383
Email: tjmckenna@gme-law.com
    gegleston@gme-law.com

*Co-Lead Attorneys for Plaintiffs*

**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, California 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Attorney for Plaintiff Lebbie*

| | |
|---|---|
| Dated: January 9, 2025 | **DAVIS POLK & WARDWELL LLP**<br>By: */s/ Brian M. Burnovski*<br>Brian M. Burnovski<br>Daniel J. Schwartz<br>Chui-Lai Cheung<br>  (admitted *pro hac vice*)<br>450 Lexington Avenue<br>New York, New York 10017<br>Telephone: (212) 450-4000<br>Facsimile: (212) 701-5800<br>Email: brian.burnovski@davispolk.com<br>       daniel.schwartz@davispolk.com<br>       chui-lai.cheung@davispolk.com<br><br>Neal A. Potischman (SBN 254862)<br>**DAVIS POLK & WARDWELL LLP**<br>1600 El Camino Real<br>Menlo Park, California 94025<br>Telephone: (650) 752-2000<br>Facsimile: (650) 752-2111<br>Email: neal.potischman@davispolk.com<br><br>*Attorneys for Defendants Peter Rawlinson, Glenn August, Andrew Liveris, Tony Posawatz, and Nominal Defendant Lucid Group, Inc. (f/k/a Churchill Capital Corp IV)* |

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1(h)(3), I, Lauren Dean attest that concurrence in filing this document has been obtained from the other signatories.

Dated:   January 9, 2025                                  */s/ Lauren Dean*